

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00313-CV

_____

IN THE INTEREST OF P.C., A CHILD

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-679053-20

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Father appeals from the trial court's judgment terminating his parental rights to his son Robert.[1] *See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (N), (O), (Q), (b)(2). We affirm.

Father's appellate counsel filed an *Anders* brief stating that he has concluded that there are no arguable grounds to support an appeal. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *In re K.M.*, 98 S.W.3d 774, 776–77 (Tex. App.—Fort Worth 2003, no pet.), *disp. on merits*, No. 2-01-349-CV, 2003 WL 2006583 (Tex. App.—Fort Worth May 1, 2003, no pet.) (per curiam) (mem. op.). Counsel's brief presents the required professional evaluation of the record demonstrating why there are no arguable grounds for relief. Furthermore, in compliance with *Kelly v. State*, counsel provided Father with copies of the *Anders* brief,[2] informed Father of his right to file a pro se response, advised Father of his right to review the appellate record and how to obtain a copy of it, and told Father of his right to pursue discretionary review in the Texas Supreme Court. 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Father did not file a response.

In the *Anders* context, we must independently examine the record to determine if any arguable grounds for appeal exist. *See In re C.J.*, 501 S.W.3d 254, 255 (Tex.

---

[1]We use aliases to protect the child's identity. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

[2]Counsel also claimed to have given Father a copy of his "motion to withdraw as counsel," but no such motion appears in the record.

App.—Fort Worth 2016, pets. denied). When performing this analysis, we consider the record, the *Anders* brief, and any pro se response. *In re L.B.*, No. 02-19-00407-CV, 2020 WL 1809505, at *1 (Tex. App.—Fort Worth Apr. 9, 2020, no pet.) (mem. op.).

After careful review, we agree with counsel that this appeal is without merit. We affirm the trial court's judgment terminating Father's parental rights to Robert. Counsel remains appointed through proceedings in the supreme court unless otherwise relieved. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (order) (per curiam).

Per Curiam

Delivered: February 11, 2021